*E-Filed 8/20/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. HOLDEN,<br><br>           Plaintiff,<br><br>      v.<br><br>JUDGE JENNINGS, et al.,<br><br>           Defendants. | No. C 12-1869 RS (PR)<br><br>**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

## INTRODUCTION

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The Court now reviews the complaint pursuant to 28 U.S.C. § 1915A(a).

## DISCUSSION

**A.    Standard of Review**

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. *See* 28 U.S.C. § 1915A(a). In its review, the Court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may

No. C 12-1869 RS (PR)
ORDER DISMISSING COMPLAINT

be granted or seek monetary relief from a defendant who is immune from such relief. *See id*. § 1915A(b)(1),(2). *Pro se* pleadings must be liberally construed. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988).

A "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id*. (quoting *Twombly*, 550 U.S. at 556). Furthermore, a court "is not required to accept legal conclusions cast in the form of factual allegations if those conclusions cannot reasonably be drawn from the facts alleged." *Clegg v. Cult Awareness Network*, 18 F.3d 752, 754–55 (9th Cir. 1994). To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. *See West v. Atkins*, 487 U.S. 42, 48 (1988).

## B.  Legal Claims

The complaint comprises a confusing group of unrelated claims. Plaintiff appears to allege that while incarcerated in Martinez, California he was served bad food, was beaten up by police officers, and that state judges violated his rights. Because the complaint is difficult to read and the claims are difficult to discern, plaintiff must file an amended complaint in which he states clearly (and legibly) the names of each defendant, the specific acts the named defendant took, where each incident occurred, and on which date they occurred.

Accordingly, the complaint is DISMISSED with leave to amend. Plaintiff shall file an amended complaint within 30 days from the date this order is filed. The first amended complaint must address all the deficiencies listed above, and include the caption and civil case number used in this order (12-1869 RS (PR)) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the

1 previous complaints, plaintiff must include in his first amended complaint *all* the claims he
2 wishes to present and *all* of the defendants he wishes to sue.  *See Ferdik v. Bonzelet*, 963
3 F.2d 1258, 1262 (9th Cir. 1992).  Plaintiff may *not* incorporate material from the prior
4 complaint by reference.  Failure to file an amended complaint in accordance with this order
5 will result in dismissal of this action without further notice to plaintiff.

6 It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court
7 informed of any change of address by filing a separate paper with the clerk headed "Notice
8 of Change of Address."  He must comply with the Court's orders in a timely fashion or ask
9 for an extension of time to do so.  Failure to comply may result in the dismissal of this action
10 pursuant to Federal Rule of Civil Procedure 41(b).

11 **IT IS SO ORDERED**.

12 DATED:  August 20, 2012

_____
RICHARD SEEBORG
United States District Judge

No. C 12-1869 RS (PR)
ORDER DISMISSING COMPLAINT

3