UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARTHUR L. HOLDEN,          No. C 12-1869 RS (PR)

    Plaintiff,          **ORDER OF DISMISSAL**

  v.

JUDGE JENNINGS, et al.,

    Defendants.

This is a federal civil rights action. The complaint was dismissed with leave to file an amended complaint within 30 days. Plaintiff was directed to: "file an amended complaint in which he states clearly (and legibly) the names of each defendant, the specific acts the named defendant took, where each incident occurred, and on which date they occurred." (Docket No. 5.) Plaintiff's latest filing (Docket No. 6) does not meet these requirements. Rather than giving a clear narrative of events, persons, and dates, plaintiff merely lists names of defendants, and offers the insufficient allegation that he was beaten up three times in seven months by unnamed persons. It is not the Court's obligation to construe claims for plaintiff from a list of names and insufficiently detailed allegations. Having failed to follow the Court's directions to file a sufficiently detailed amended complaint (and thereby failing to prosecute the matter), the action is hereby DISMISSED without prejudice. Any motion to reopen the action must contain a sufficiently detailed amended complaint. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: September 5, 2012

RICHARD SEEBORG
United States District Judge